# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| REO BOREN, | ) | 3:09-cv-0731-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 20, 2010 |
| | ) | |
| INSPECTOR GENERAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received correspondence from the Plaintiff dated December 13, 2010 wherein he requests that a file-stamped copy of the Amended Complaint be sent to him (Doc. #46).

**IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff a file-stamped copy of the Amended Complaint filed on September 7, 2010 (Doc. #27).

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk