UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| REO BOREN, | CASE NO.  3:09-CV-0731-HDM-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: MARCH 17, 2011 |
| INSPECTOR GENERAL, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER     Reporter: FTR: 1:31:21 p.m. - 2:00:50 p.m.
Counsel for Plaintiff(s): REO BOREN, In Pro Per (telephonically)
Counsel for Defendant(s): KELLY WERTH

PROCEEDINGS: **MOTION HEARING**

1:31 p.m.  Court convenes.

The Court addresses each of the subject motions.

**Motion for Injunctive Order to Preserve Evidence / T.R.O. (Docket #28)**

This motion involves a party and issue no longer remaining in this case.  Therefore, IT IS ORDERED that the Motion for Injunctive Order to Preserve Evidence / T.R.O. is DENIED.

**Motion for Summary Judgment in Part (Docket #36)**

IT IS ORDERED that the Motion for Summary Judgment in Part is DENIED without prejudice.

**Motion to Order Preservation of Documents in Hands of State Agency (Docket #51)**

IT IS ORDERED that the Motion to Order Preservation of Documents is DENIED.

**Motion to Amend Complaint (Docket #52)**

Plaintiff is advised that this motion does not comply with the Rules in that a proposed amended complaint is not attached.  IT IS ORDERED that the Motion to Amend is DENIED without prejudice.

**Motion, Application for Waiver of All Fees, Motion for Extension of Time for Service of Summons and Order to be Sent Copies of All Filed Documents (Docket #58)**

IT IS ORDERED that this motion is DENIED AS MOOT.

Page Two
Minutes
3:09-CV-0731-HDM-RAM (Boren v. Inspector General, et al.)
March 17, 2011

**Motion and Request for Discovery (Docket #59) and Motion for Discovery Docket #60)**

IT IS ORDERED that the Motions for Discovery are STRICKEN as discovery requests.  Plaintiff is advised that discovery requests do not get sent to the Court.

**Motion for Immediate Injunction and Order Prohibiting N.D.O.C. from Taking Release Saving Trust Fund or any Saved Monday (Docket #61)**

This motion addresses a matter that is not at issue in this case.  IT IS ORDERED this motion is DENIED.

**Motion to Extend Time Regarding Discovery (Docket #67)**

IT IS ORDERED that the Motion to Extend Time is DENIED AS MOOT.  An order was previously entered in this case granting Defendants' Motion to Extend Time for Discovery (Docket #65).

**Motion to Compel / Motion for Briefing (Docket #s 68/69)**

IT IS ORDERED that these motions are DENIED AS MOOT.

**Motion for Immediate Injunction Prohibiting N.D.O.C. from Taking Savings / Trust Release Money / Survival Funds, Life's Necessities (Docket #70)**

This motion does not address a claim in this case.  IT IS ORDERED that the Motion for Immediate Injunction is DENIED.

**Motion for Permissive Joinder of Named Parties (Docket #74), Motion for Joinder of Claims (Docket #75), and Motion for Immediate Injunction (Docket #76)**

IT IS ORDERED that these motions are DENIED.  The Clerk is directed to send a copy of Docket #74 to Plaintiff.

-----------------------------------------------

The Court addresses a letter sent by Plaintiff to the Court (Docket #77).  Plaintiff is advised that the subject matter is not at issue in this case.

2:00 p.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By: /s/
                                        Deputy Clerk