UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| REO BOREN, | CASE NO.  3:09-CV-0731-HDM-RAM |
|     Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: AUGUST 26, 2011 |
| INSPECTOR GENERAL, et al., | |
|     Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 1:33:32 p.m. - 1:45:21 p.m.</u>

Counsel for Plaintiff(s): <u>REO BOREN, In Pro Per</u>

Counsel for Defendant(s): <u>KELLY WERTH</u>

PROCEEDINGS: **FURTHER STATUS CONFERENCE REGARDING DISCOVERY**

1:33 p.m.  Court convenes.

The Court is advised that Plaintiff has been provided with responses to his discovery requests, as ordered at the hearing on July 19, 2011.  Mr. Werth provides Plaintiff with two more CDs in open court.  Plaintiff represents that he is unhappy with some of the responses, and some discussion occurs regarding this issue.  The Court advises Plaintiff that, once he has reviewed all of the responses, he is welcome to file a motion with the Court and provide the requests and responses with which he is unhappy.

The Court further addresses Plaintiff's Motion for Discovery (Docket #93).  Other than what is noted above, IT IS ORDERED that said motion is DENIED.   The time for discovery has passed.

The Court addresses Defendants' Motion for Enlargement of Time to File Dispositive Motion (Docket #89).  IT IS ORDERED that the Motion for Enlargement of Time is GRANTED.  Defendants shall have until **October 7, 2011** to file a dispositive motion.

1:45 p.m.  Court adjourns.

                                            LANCE S. WILSON, CLERK

                                            By: <u>/s/         </u>

                                            Deputy Clerk