UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| REO BOREN, | CASE NO. 3:09-CV-0731-HDM-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: DECEMBER 6, 2011 |
| INSPECTOR GENERAL, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 2:00:45 p.m. - 2:37:45 p.m.</u>

Counsel for Plaintiff(s): <u>REO BOREN, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>KELLY WERTH</u>

PROCEEDINGS: **MOTION HEARING**

2:00 p.m.  Court convenes.

The Court addresses the subject motions.

**Motion for Hearing (Docket No. 103)**

IT IS ORDERED that the Motion for Hearing is MOOT.

**Motion for Appointment of Counsel (Docket No. 100)**

The Court sets forth its findings on the record.  IT IS ORDERED that the Motion for Appointment of Counsel is DENIED.

**Motion for Court Date and Trial (Docket No. 99)**

The Court advises Plaintiff that a trial date is set only after the dispositive motions have been decided and a joint pretrial order has been filed.  Therefore, IT IS ORDERED that the Motion for Court Date and Trial is DENIED.

**Motions to Compel (Docket Nos. 98 and 103)**

In the course of addressing these motions, Plaintiff advises the Court that he does not have the pertinent discovery requests and responses in front of him and he cannot adequately argue his

Page Two
Minutes
3:09-cv-0731-HDM-WGC (Boren v. Inspector General, et al.)
December 6, 2011

position regarding these motions.  IT IS ORDERED that Plaintiff shall send Mr. Werth a letter, no later than **December 22, 2011,** specifically indicating the discovery responses he feels to be inadequate.  If the issues cannot be resolved between Plaintiff and Mr. Werth, Plaintiff shall file another motion to compel with the Court no later than **December 30, 2011**.  Said motion shall contain the specific and complete discovery requests and responses that are in dispute.

Given these occurrences, IT IS FURTHER ORDERED that the Motions to Compel (Docket Nos. 98 and 103) are DENIED without prejudice.

2:37 p.m.  Court adjourns.

                                                LANCE S. WILSON, CLERK

                                                By: /s/_____

                                                Deputy Clerk