1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12   REO BOREN,                          )         3:09-cv-00731-HDM-WGC
                                          )
13                 Plaintiff,             )
                                          )         ORDER
14   vs.                                  )
                                          )
15   HOLLINGSWORTH,                       )
                                          )
16                 Defendant.             )
     _____)

17

18       The defendant's motion for an extension of time in which to

19   file the proposed joint pretrial order (#139) is GRANTED.  The

20   parties shall have up to and including Friday, January 25, 2013, in

     which to file a proposed pretrial order.

21

       **IT IS SO ORDERED.**

22

       DATED: This 15th day of January, 2013.

23

24

25   _____
     UNITED STATES DISTRICT JUDGE

26
27
28