**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REO BOREN, | 3:09-cv-00731-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| HOLLINGSWORTH, | |
| Defendant. | |

Trial in this matter is scheduled to begin on February 26, 2013. Plaintiff has failed to file a proposed pretrial order as ordered by the court or, since February 2012, to make any other appearance in this action. It further appears that, based on a forwarding address obtained by defense counsel after attempting to mail correspondence to plaintiff in September 2012, the plaintiff has failed to keep the court apprised of his current address.

On January 28, 2013, the court ordered plaintiff to show cause on or before February 11, 2013, why this action should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to notify the court of a change in address.

1

The order to show cause was served on plaintiff at both the address on file with the court and the forwarding address obtained by defense counsel.  Plaintiff has failed to respond to the court's order or to file any other document with the court.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Local Rule 41-1, and Local Special Rule 2-2, this action is hereby **DISMISSED WITH PREJUDICE.**  Dismissal with prejudice is appropriate due to plaintiff's repeated failures to comply with court orders and the fact that trial was set to begin two weeks from today's date.

**IT IS SO ORDERED.**

DATED: This 12th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE